``````

FILED
OCT 25 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Idrogo,          )
                         )
    Plaintiff,           )
                         )
    v.                   )   Civil Action No. 13-1662
                         )
Anthony Foxx *et al.*,   )
                         )
    Defendants.          )
_____)

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).



3

Plaintiff is a Texas resident. He purports to sue U.S. Transportation Secretary Anthony Foxx, certain members of Congress, and other individuals. *See* Compl. Caption. The cryptic statements comprising the complaint provide no notice of claim or a basis for federal court jurisdiction and, thus, fail to comply with Rule 8(a). A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: October 18, 2013